UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

UNITED FINANCIAL CASUALTY COMPANY,

     Plaintiff,

vs.

KYUNG HEE LEE
249-27 37th Avenue, Fl. 2
Queens, New York 11363

JUAN PINEDA
777 New Street
Uniondale, New York 11553

T.F. VICTORS TRUCKING COMPANY INC.
757 Dean Drive
Baldwin, New York 11510

INTERNATIONAL TRUCKING GROUP, INC.,
290 Spagnoli Road
Melville, New York 11747

And

COUNTRY-WIDE INSURANCE COMPANY,
40 Wall Street
New York, NY 10005

     Defendants.

Civil Action No. 1:17-cv-01257

**NOTICE OF APPEAL**

---

  Notice is hereby given that United Financial Casualty Company, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum of Decision and Order entered in this action on September 26, 2018 (Docket No. 29), and Judgment entered in this action on September 26, 2018 (Docket No. 30) that denied plaintiff's motion for summary judgment and judgment on default and granted the motion of defendant Country-Wide Insurance Company for summary judgment.

17278580.1

Dated: October 10, 2018

                              BARCLAY DAMON, LLP

                              By:   /s/ Laurence J. Rabinovich
                                     Laurence J. Rabinovich (LR8616)
                                     *Attorneys for Plaintiff*
                                     1270 Avenue of the Americas, Suite 600
                                     New York, New York 10022
                                     Telephone: (212) 784-5800
                                     Facsimile: (212) 784-5777
                                     Matter No. 3083540

TO:

KYUNG HEE LEE
249-27 37th Avenue, Fl. 2
Queens, New York 11363

JUAN PINEDA
777 New Street
Uniondale, New York 11553

T.F. VICTORS TRUCKING COMPANY INC.
757 Dean Drive
Baldwin, New York 11510

INTERNATIONAL TRUCKING GROUP, INC.,
290 Spagnoli Road
Melville, New York 11747

And

THOMAS TORTO, ESQ. (TT 9747)
Attorney for Defendant
Country-Wide Insurance Company
419 Park Avenue South, Suite 406
New York, New York 10016
(212) 532-5881
Claim No. 322416-001

17278580.1